**ROSENBAUM & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
1818 MARKET STREET
SUITE 3200
PHILADELPHIA, PA 19103-3611

———

(215) 569-0200
FAX (215) 569-6099

Christopher R. Durso, Esquire
cdurso@rosenbaumfirm.com

Tracy Palamone, Paralegal
tpalamone@rosenbaumfirm.com

September 23, 2021

*Via Efiling*
Honorable Marilyn Heffley
US District Court for the
 Eastern District of PA

      **RE:**   *Michael Asimos v. James River Insurance Co.*
             *Docket No. 20-3770*

Dear Judge Heffley:

    I am writing to advise Your Honor that the above matter has settled.

    Thank you for your courtesies.

                                          Respectfully,

                                        CHRISTOPHER R. DURSO

CRD/tp